### BROOKE *v.* McWHORTER.

HOLDEN, J. It appearing that the writing filed, purporting to be a plea of the defendant, was not signed by him or his counsel, it was error, requiring a new trial, to refuse a motion of the plaintiff to strike the same because of this fact. *Judgment reversed. All the Justices concur.*

Submitted February 10,—Decided May 12, 1908.

Breach of contract. Before Judge Lewis. Greene superior court. June 18, 1907.

*J. P. Brown,* for plaintiff.   *James Davison,* for defendant.